HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
douglas_beevers@fd.org

Attorney for Defendant
HOPELYN AUSK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-00204-JAM |
| Plaintiff, | MOTION TO EXPAND FEDERAL PUBLIC DEFENDER APPOINTMENT TO INCLUDE FORFEITURE PROCEEDINGS |
| vs. | |
| HOPELYN AUSK, | Date: November 24, 2020 |
| Defendant. | Time: 9:30 a.m.<br>Judge: Hon. John A. Mendez |

Pursuant to 18 U.S.C. § 3006A, the Office of the Federal Defender was appointed by the duty magistrate to represent the defendant, HOPELYN AUSK, at her initial appearance. Counsel undersigned has represented Ms. Ausk since that time.

The Office of the Federal public Defender has received Notices of Forfeiture Proceedings from the Department of Justice USPIS in 20-USP-002436, 20-USP-002437, and 20-USP-002438 involving a seizure of $140,000 total.    This notice of administrative seizure appears to be the same incident as instant case 2:20-CR00204-JAM, in which that amount of currency was apparently found during the execution of the search warrant at Ms. Ausk's residence. This money appears to be the same funds which the United States seeks to forefeit by criminal forfeiture in the indictment in instant case.

18 U.S.C. §3006A(c) states that appointed counsel's representation should continue through every stage of the proceeding "including ancillary matters appropriate to the proceedings".  18 U.S.C. § 983(b)(1)(A) states:

> If a person with standing to contest the forfeiture of property in a judicial civil forfeiture proceeding under a civil forfeiture statute is financially unable to obtain representation by counsel, and the person is represented by counsel appointed under section 3006A of this title [18 U.S.C. § 3006A] in connection with a related criminal case, the court may authorize counsel to represent that person with respect to the claim.

18 U.S.C. §3006A.  The seizures in this case clearly involve alleged proceeds from instant criminal case. Since Ms. Ausk was working there is a signifant chance that at least some of the money is not subject to forfeiture.  Since any statements Ms. Ausk makes in her filing administrative claims will be admissible in his criminal case, Defense counsel is obligated to discuss the pending adminstrative claim.  The administrative claim is being filed, and Mr. Ausk asks this Court to authorize the Federal Defender Office to represent her in any administrative or civil forfeiture proceedings related to this case, specifically including the above seizures.

Expanded appointment will not be a burden on the Federal Public Defenders, because Defense counsel has previously worked in civil litigation for two years in private practice, and has represented prior clients in several ancillary cases in this district.  In particular, Defense counsel represented Lee Loomis in his ancillary civil case *S.E.C. v. Loomis*, 2:10-CV-0458- KJM from April 1, 2013 until final judgment after summary judgment on May 12, 2015.

Ms. Ausk requested this motion be handled on an expedited basis, because her deadline to file responses is December 8, 2020 and she is unable to file electronically undere the CARES Act unless counsel is formally appointed.

Dated:  November 19, 2020

Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for Defendant

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the motion parties' stipulation, and good cause appearing therefore, the Court orders that the Federal Public Defender is appointed to represent HOPELYN AUSK in the forfeiture proceedings designated as 20-USP-002436, 20-USP-2437, 20-USP-002438.

DATED:  November 20, 2020         /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE