HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
HOPELYN AUSK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>Plaintiff,<br><br>vs.<br><br>HOPELYN AUSK<br><br>Defendant. | Case No. 2:20-cr-00204-JAM-1<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: February 23, 2021<br>Time: 9:30 a.m.<br>Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Robert J. Artuz, Special Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for Hopelyn Ausk, that the status conference scheduled for February 23, 2021, at 9:30 a.m., be vacated and the matter continued to March 2, 2021, at 9:30 a.m.

The defense needs additional time to prepare by carefully reviewing these items and discussing them with the client.  Due to the COVID-19 pandemic the Federal Defenders Office has been limiting in person investigations and client visits in order to practice safe social distancing guidelines.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be from the date the parties stipulated through and including March 2, 2021; pursuant to 18 U.S.C. §3161 (h)(1)(D)[pretrial motions], (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

-1-

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: February 19, 2021

        HEATHER E. WILLIAMS
        Federal Defender

        */s/ Douglas Beevers*
        DOUGLAS BEEVERS
        Assistant Federal Defender
        Attorney for Defendant
        HOPELYN AUSK

Dated: February 19, 2021

        MCGREGOR W. SCOTT
        United States Attorney

        */s/ Robert J. Artuz*
        ROBERT J. ARTUZ
        Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

It is further ordered the February 23, 2021 status conference shall be continued until March 2, 2021, at 9:30 a.m.

DATED: February 19, 2021          /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE