1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  DOUGLAS BEEVERS, #288639
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: (916) 498-5700
   Fax: (916) 498-5710
5  Douglas_Beevers@fd.org

6  Attorney for Defendant
   HOPELYN AUSK
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,         )  Case No. 2:20-cr-00204-JAM-1
                                      )
12  Plaintiff,                        )
                                      )  STIPULATION AND ORDER TO CONTINUE
    vs.                               )  STATUS CONFERENCE
13                                    )
    HOPELYN AUSK                      )
14                                    )  Date: April 6, 2021
                                      )  Time: 9:30 a.m.
15  Defendant.                        )  Judge: Hon. John A. Mendez
                                      )
16

17         IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States

18  Attorney, through Robert J. Artuz, Special Assistant United States Attorney, attorney for

19  Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J.

20  Beevers, attorneys for Hopelyn Ausk, that the status conference scheduled for April 6, 2021, at

    9:30 a.m., be vacated and the matter continued to May 25, 2021, at 9:30 a.m.
21
           The defense needs additional time to prepare by carefully reviewing these items and
22
    discussing them with the client.  There are numerous jail phone calls that are relevant to the
23
    hindering charges that defense needs to review during limited VTC calls.  Due to the COVID-19
24
    pandemic the Federal Defenders Office has been limiting in person investigations and client
25
    visits in order to practice safe social distancing guidelines.
26
           Based upon the foregoing, the parties agree time under the Speedy Trial Act should be
27
    from the date the parties stipulated through and including May 25, 2021; pursuant to 18 U.S.C.
28

                                              -1-

1  §3161 (h)(1)(D)[pretrial motions], (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General
2  Order 479, Local Code T4 based upon continuity of counsel and defense preparation.
3      Counsel and the defendant also agree that the ends of justice served by the Court granting
4  this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated:  April 2, 2021

        HEATHER E. WILLIAMS
        Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
HOPELYN AUSK

Dated:  April 2, 2021

        PHILLIP A. TALBERT
        Acting United States Attorney

*/s/ Robert J. Artuz*
ROBERT J. ARTUZ
Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

It is further ordered the April 6, 2021 status conference shall be continued until May 25, 2021, at 9:30 a.m.

Dated:  April 2, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE