HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
HOPELYN AUSK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> HOPELYN AUSK <br><br> Defendant. | Case No. 2:20-cr-00204-JAM-1 <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE <br><br> Date: May 25, 2021 <br> Time: 9:30 a.m. <br> Judge: Hon. John A. Mendez |

     IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Robert J. Artuz, Special Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for Hopelyn Ausk, that the status conference scheduled for May 25, 2021, at 10:00 a.m., be vacated and the matter continued to September 14, 2021, at 9:30 a.m.

     The defense requests additional time to conduct an investigation and prepare for trial. With COVID-19 restrictions lifting, this will provide the opportunity to thoroughly investigate this case which was difficult with the previous COVID-19 restrictions. For example, the defense needs additional time to prepare by carefully reviewing discovery items and discussing them with the client such as numerous jail phone calls.

     Based upon the foregoing, the parties agree time under the Speedy Trial Act should be from the date the parties stipulated through and including September 14, 2021; pursuant to 18

U.S.C. §3161 (h)(1)(D)[pretrial motions], (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: May 21, 2021

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
HOPELYN AUSK

Dated: May 21, 2021

PHILLIP A. TALBERT
Acting United States Attorney

*/s/ Robert J. Artuz*
ROBERT J. ARTUZ
Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

It is further ordered the May 25, 2021 status conference shall be continued until September 14, 2021, at 9:30 a.m.

DATED: May 21, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE