PHILLIP A. TALBERT
United States Attorney
ROBERT J. ARTUZ
Assistant U. S. Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>HOPELYN RHIANNON AUSK,<br><br>       Defendant. | 2:20-CR-00204-JAM<br><br>PRELIMINARY ORDER OF FORFEITURE |

Based upon the guilty plea entered by defendant Hopelyn Rhiannon Ausk and the Stipulation and Application for a Preliminary Order of Forfeiture, it is hereby ORDERED, ADJUDGED and DECREED:

1.  Pursuant to 18 U.S.C. § 981(a)(l)(C) and 28 U.S.C. § 2461(c), defendant Hopelyn Rhiannon Ausk's interest in the following property is hereby condemned and forfeited to the United States, to be disposed of according to law:

  a. Approximately $8,098.00 in U.S. Currency, plus all accrued interest,
  b. Approximately $11,700.00 in U.S. Currency, plus all accrued interest,
  c. Approximately $124.00 in U.S. Currency, plus all accrued interest, and
  d. Approximately $1,000.00 in U.S. Currency, plus all accrued interest.

2.  The above-listed property constitutes or is derived from proceeds traceable to or obtained, directly or indirectly, as a result of violations of 18 U.S.C. § 1341.

3.  The defendant waived oral pronouncement of forfeiture at the time of sentencing and any

defects in such pronouncement that pertain to forfeiture and waived any defenses to forfeiture.

4. The United States will not oppose crediting the defendant's restitution obligation by the amount of forfeited net proceeds remitted to victims through the remission or restoration process.

5. Pursuant to Rule 32.2(b)(3), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

6. a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

7. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 981(a)(l)(C) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

SO ORDERED this 22nd day of March, 2022.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE