PHILLIP A. TALBERT
United States Attorney
ROBERT J. ARTUZ
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:20-CR-00204-JAM |
|---|---|
| Plaintiff, | |
| v. | ORDER TO INCORPORATE PRELIMINARY ORDER OF FORFEITURE INTO JUDGMENT IN A CRIMINAL CASE |
| HOPELYN RHIANNON AUSK, | |
| Defendant. | |

The Preliminary Order of Forfeiture entered March 23, 2022, is hereby made final as to defendant Hopelyn Rhiannon Ausk and shall be incorporated into the Judgment in a Criminal Case.

SO ORDERED this 29th day of March, 2022.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE