HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
HOPELYN AUSK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:20-cr-00204-JAM-1 |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| vs. ) | RESTITUTION HEARING |
| ) | |
| HOPELYN AUSK ) | |
| ) | Date: May 24, 2022 |
| ) | Time: 9:30 a.m. |
| Defendant. ) | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Robert J. Artuz, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for Hopelyn Ausk, that the restitution hearing scheduled for May 24, 2022, at 9:30 a.m., be vacated and the matter continued to May 31, 2022, at 9:30 a.m. Ms. Ausk has waived her presence for the hearing and all parties consent to proceed via Zoom.

The parties' request for a continuance is based on the Court's unavailability on May 24, 2022 and request that the parties continue the matter to a later date.

//

//

//

//

//

-1-

Dated: May 10, 2022

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
HOPELYN AUSK

Dated: May 10, 2022

PHILLIP A. TALBERT
United States Attorney

*/s/ Robert J. Artuz*
ROBERT J. ARTUZ
Assistant United States Attorney

## **O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. It is further ordered the May 24, 2022 restitution hearing shall be continued until May 31, 2022, at 9:30 a.m., and that the proceedings will occur in person.


Dated: May 10, 2022            /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               UNITED STATES DISTRICT COURT JUDGE