PHILLIP A. TALBERT
United States Attorney
ROBERT J. ARTUZ
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-CR-00204-JAM |
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| HOPELYN RHIANNON AUSK, | |
| Defendant. | |

On or about March 23, 2022, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(l)(C) and 28 U.S.C. § 2461(c), based upon the guilty plea entered by defendant Hopelyn Rhiannon Ausk and the Stipulation and Application for Preliminary Order of Forfeiture forfeiting to the United States the following property:

    a.    Approximately $8,098.00 in U.S. Currency, plus all accrued interest,
    b.    Approximately $11,700.00 in U.S. Currency, plus all accrued interest,
    c.    Approximately $124.00 in U.S. Currency, plus all accrued interest, and
    d.    Approximately $1,000.00 in U.S. Currency, plus all accrued interest.

Beginning on March 24, 2022, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

1

The United States sent direct written notice by certified mail to the following individuals known to have an alleged interest in the property:

    a.    Marcus Winston Griffin:  A notice letter was sent via certified mail to Marcus Winston Griffin at 529 N. Monroe Ave. #6, Stockton, CA 95203 on March 24, 2022. The envelope was returned to our office as "return to sender, unable to forward" on March 24, 2022.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.    A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 981(a)(l)(C) and 28 U.S.C. § 2461(c), including all right, title, and interest of Hopelyn Rhiannon Ausk and Marcus Winston Griffin.

2.    All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.    The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

4.    Any forfeited net proceeds paid to victims through the remission or restoration process shall be credited to the defendant's restitution obligation.

SO ORDERED this 27th day of May, 2022.

/s/ John A. Mendez
_____
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

Final Order of Forfeiture