PHILLIP A. TALBERT
United States Attorney
ROBERT J. ARTUZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HOPELYN RHIANNON AUSK,<br><br>Defendant. | CASE NO. 2:20-CR-0204-JAM<br><br>STIPULATION REGARDING RESTITUTION AND AMENDMENT OF JUDGMENT; ORDER<br><br>DATE: NONE<br>TIME: NONE<br>COURT: Hon. John A. Mendez |

A restitution hearing was conducted on May 31, 2022, and the government and Defendant Hopelyn Rhiannon Ausk, by and through her counsel of record Douglas Beevers, (the "parties") informed the Court that they reached an agreement regarding restitution. The parties also informed the Court of a clerical error in the Judgment and Commitment regarding the defendant's term of imprisonment, and the Court instructed the parties to submit a Stipulation and Proposed Order requesting the correction.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. A restitution hearing was conducted on May 31, 2022, during which the parties agreed that the defendant will pay a certain amount of restitution to particular victims. Specifically, by this

stipulation, the parties agree that restitution should be ordered against the defendant as follows:

| Victim | Restitution Amount |
|---|---|
| California Employment Development Department (EDD) | $166,139.00 |
| Bank of America, N.A. | $2,662.98 |
| Discover Bank | $1,400.00 |
| Citigroup Inc. | $1,989.99 |

2. The parties will submit a revised restitution spreadsheet to the Court and Probation with the above-listed restitution amounts.

3. Additionally, the parties agree, and hereby move, that the Judgment and Commitment (ECF 62) and the defendant's imprisonment sentence should be amended pursuant to Rules 35(a) and 36 of the Federal Rules of Criminal Procedure to correct a clerical error. Particularly, the Imprisonment section should be amended as follows, with the underlined portions being added for clarity:

> The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: time served on each of Counts 1 and 11, to be served concurrently to each other, and 24 months on Count 14, to be served consecutively to the terms imposed on Counts 1 and 11, for a total term of imprisonment of <u>time served, plus</u> 24 months.

This amendment clarifies and confirms that Court's sentence that was pronounced during sentencing on March 29, 2022.

IT IS SO STIPULATED.

Dated: June 3, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ ROBERT J. ARTUZ
ROBERT J. ARTUZ
Assistant U.S. Attorney

Dated: June 3, 2022

/s/ DOUGLAS BEEVERS
DOUGLAS BEEVERS
Assistant Federal Defender
Counsel for Defendant
HOPELYN RHIANNON AUSK

**ORDER**

1. The Court adopts the parties' proposed restitution order and will issue an Amended Judgment and Commitment that awards restitution as outlined in the parties' stipulation.

2. The Court grants the parties' joint motion to amend the Judgment and Commitment concerning the defendant's term of imprisonment. The Amended Judgment and Commitment will include the parties' proposed amendment, which corrects a clerical error.

IT IS SO ORDERED this 3rd day of June, 2022.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE